UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RICHARD MAX RITCHEY, JR**                                    **CIVIL ACTION**

**VERSUS**                                                     **NO. 14-1674-ILRL-SS**

**CAROLYN COLVIN, ACTING**
**COMMISSIONER OF SOCIAL SECURITY**

### REPORT AND RECOMMENDATION

The plaintiff, Richard Max Ritchey, Jr. ("Ritchey"), filed a complaint on July 22, 2014 for review of a decision of the Social Security Administration denying his application for Social Security Benefits and Supplemental Security Income Benefits. Rec. doc. 1. The defendant, Carolyn W. Colvin, Acting Commissioner of the Social Security Administration ("Commissioner"), answered and filed the administrative record on October 29, 2014. Rec. docs. 5 and 6. A deadline was set for Ritchey to file a motion for summary judgment. Rec. doc. 4. When the motion was not filed, the matter was set for the call docket on January 7, 2015. Rec. doc. 7.

On January 5, 2015, Ritchey filed an ex parte motion to dismiss his claims against the Social Security Administration. Rec. doc. 8.

### RECOMMENDATION

Accordingly, IT IS RECOMMENDED that: (1) Ritchey's ex parte motion to dismiss (Rec. doc. 8) be GRANTED; and (2) Ritchey's complaint be DISMISSED WITH PREJUDICE each party to bear its own costs.

### OBJECTIONS

A party's failure to file written objections to the proposed findings, conclusions and recommendations in a magistrate judge's report and recommendation within fourteen (14)

calendar days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. Douglass v. United Servs. Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this 6th day of January, 2015.

_____
**SALLY SHUSHAN**
**U.S. Magistrate Judge**