UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RICHARD MAX RITCHEY, JR.**                               CIVIL ACTION

**VERSUS**                                                 NO. 14-1674-ILRL-SS

**CAROLYN COLVIN, ACTING**
**COMMISSIONER OF SOCIAL SECURITY**

ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that: (1) the ex parte motion of the plaintiff, Richard Max Ritchey, Jr., to dismiss (Rec. doc. 8) is **GRANTED**; and (2) plaintiff's complaint is dismissed with prejudice each party to bear its own costs.

New Orleans, Louisiana, this 23rd day of January, 2015.

_____
IVAN L. R. LEMELLE
UNITED STATES DISTRICT JUDGE